UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jermaine A. Dawkins

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

NIKE MEDIA RELATIONS

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☑ Other: Copyright Infringement

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Jermaine / A. / Dawkins
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Current Place of Detention

Institutional Address

County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☑ Other: G.I Veteran

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
NIKE MEDIA RELATIONS
First Name    Last Name    Shield #

CORPORATE
Current Job Title (or other identifying information)

85 6th Avenue
Current Work Address

NY    New York    10001
County, City    State    Zip Code

Defendant 2:
First Name    Last Name    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City    State    Zip Code

Defendant 3:
First Name    Last Name    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City    State    Zip Code

Defendant 4:
First Name    Last Name    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City    State    Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: __NEW YORK__

Date(s) of occurrence: __1/16/2020__

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Copy Right Infringement To @That Money Trademark Made By Nike Products.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

$2,000,000,0000 Two Billion Dollars In loss Wages Owner Jermaine A. Duckens C.E.O Cadre Platoon INC. Including 100% Royalties

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 1/12/2021

Plaintiff's Signature: Hawkins

First Name: Jermaine    Middle Initial: A    Last Name: Hawkins

Prison Address: James J. Peters VA Medical Center, 130 West Kingsbridge Rd

County, City: Bronx    State: NY    Zip Code: 10468

Date on which I am delivering this complaint to prison authorities for mailing: _____

CADRE PLATOON INC.
1287 GIVAN AVENUE
BRONX, NEW YORK, 10469
01/16/2020

Good Day SIR./MADAM

In Accordance To CADRE PLATOON INC. Subject /ARTI JRYDER A.K.A JERMAINE ANDRE DAWKINS Claims 100% Ownership /Rights Ent Tlements COPYRIGHT TO : AFFILIATION @THAT MONEY $ Logn.Play List Loca Ion : SOUNDCLOUD.COM/JRYDER-3
CADRE PLATOON INC. REQUEST IN THE SUM OF $ 2,000,000,0000 .HOLD OF RO ALI YS, STACKES 50% BLACK/GOLD VELCRO . Sneakers Prod. Etc.

Sworn to before me on this
16th day of January, 2020

Audrey A. Jeffrey
Notary Public

Audrey A. Jeffrey  BA  JD
Notary Public, State of New York
No. 01JE6066330
Qualified in New York County
Commission Expires.Nov.13, 2021

RESPECTFULLY SUBMITTED
JERMAINE A. DAWKINS
JRYDER
01/16/2020

Jermaine A. Dawkins
1287 Grant Avenue
Bronx, NY, 10456
01/12/2021

Attn: Court Clerk
Supreme Court
60 Centre St
New York, NY 10007

Pro Se
SM

46-505A (89)

**COUNTY CLERK, NEW YORK COUNTY**
**COUNTY COURT HOUSE**
**60 CENTRE STREET**
**NEW YORK, N.Y. 10007**

SDNY PRO SE OFFICE
2021 JAN 25  AM 11: 14



ZIP 10007  $001.50

RECEIVED
SDNY PRO SE OFFICE
2021 JAN 25  AM 11: 29

Pro Se
SM

SDNY
500 PEARL ST.
NEW YORK, NY 10007

2021 JAN 25  AM 11:21
CLERK'S
RECEIVED